## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MATTHEW J LIGHTCAP | CASE NO: 1:17-bk-02896-HWV |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 2/1/2018, I did cause a copy of the following documents, described below,

notice of confirmation hearing and 2nd amended plan,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 2/1/2018

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E. Philadelphia St.
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MATTHEW J LIGHTCAP | CASE NO: 1:17-bk-02896-HWV |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 2/1/2018, a copy of the following documents, described below,

notice of confirmation hearing and 2nd amended plan,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/1/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-02896-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
THU FEB 1 11-06-33 EST 2018

2 CITIBANKBEST BUY
CENTALIZED BANKRUPTCYCITICORP CREDIT
SE
PO BOX 790040
SANIT LOUIS MO 63179-0040

3 COLUMBIA GAS
121 CHAMPION WAY
SUITE 100
CANONSBURG PA 15317-5817

4 COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

5 COMCAST
1701 JFK BLVD
PHILADELPHIA PA 19103-2899

*EXCLUDE*
~~6 DAWN M CUTAIA~~
~~PUGH AND CUTAIA PLLC~~
~~115 E PHILADELPHIA STREET~~
~~YORK PA 17401-2437~~

7 CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

8 DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

9 LEON P HALLER
PURCELL KRUG AND HALLER
1719 NORTH FRONT STREET
HARRISBURG PA 17102-2392

10 IRS CENTRALIZED INSOLVENCY OPER
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

*DEBTOR*
11 MATTHEW J LIGHTCAP
PO BOX 302
CREEKSIDE PA 15732-0302

12 MET ED
CO FIRST ENERGY CORP
76 SOUTH MAIN STREET
AKRON OH 44308-1812

13 PA HOUSING FINANCE AGE
PO BOX 8029
HARRISBURG PA 17105-8029

14 PENNSYLVANIA HOUSING FINANCE AGENCY
211 NORTH FRONT STREET
HARRISBURG PA 17101-1406

15 PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

16 TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

17 TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

18 US BANK NATIONAL ASSOCIATION
TRUSTEE FOR
PENNSYLVANIA HOUSING FINANCE AGENCY
211 NORTH FRONT STREET
HARRISBURG PA 17101-1406

19 US BANK NATIONAL ASSOCIATION
TRUSTEE FOR
211 NORTH FRONT STREET
HARRISBURG PA 17101-1406

20 UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

21 JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

22 YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156