UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW J. LIGHTCAP

              Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant

CHAPTER 13

CASE NO: 1-17-02896-HWV

vs.

MATTHEW J. LIGHTCAP

              Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 8, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: July 8, 2021

Respectfully submitted,

/s/ James K. Jones, Esquire
ID: 39031
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MATTHEW J. LIGHTCAP

            Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant

CASE NO: 1-17-02896-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

       August 11, 2021 at 09:35 AM
       Bankruptcy Courtroom
       Ronald Reagan Federal Bldg
       3rd Floor, 228 Walnut Street
       Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

       **AMOUNT DELINQUENT AS OF LAST MONTH: $ 945.81**
       **AMOUNT DUE FOR THIS MONTH: $338.00**
       **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1283.81**

**NOTE:**

     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

     If **submitting payment by U.S. First Class Mail** mail to**:**
        JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008

     If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

|  |  |
|---|---|
|  | Jack N. Zaharopoulos, Trustee |
|  | 8125 Adams Drive, Suite A |
|  | Hummelstown, PA  17036 |
|  | Phone:  (717) 566-6097 |
| Dated:  July 8, 2021 | eMail:  info@pamd13trustee.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW J. LIGHTCAP

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS      CASE NO: 1-17-02896-HWV
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 8, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

DAWN MARIE CUTAIA, ESQUIRE      UNITED STATES TRUSTEE
115 EAST PHILADELPHIA STREET      SUITE 1190
YORK, PA 17401-      228 WALNUT STREET
     HARRISBURG, PA 17101

Served by First Class Mail

MATTHEW J. LIGHTCAP
316 3RD AVENUE
FORD CITY, PA 16226-1002

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 8, 2021      Bobbie Weigel
     for Jack N. Zaharopoulos, Trustee
     Suite A, 8125 Adams Dr.
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW J. LIGHTCAP

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-02896-HWV

vs.

MATTHEW J. LIGHTCAP

MOTION TO DISMISS

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.