Certificate Number: 17082-PAM-DE-036761929

Bankruptcy Case Number: 17-02896



17082-PAM-DE-036761929

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2022, at 10:06 o'clock AM MST, MATTHEW J LIGHTCAP completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 16, 2022  By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director