B2830 (Form 2830) (4/16)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re **Matthew J Lightcap**  
Debtor(s)

Case No. **1:17-bk-02896**

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: **n/a**

My current employer and my employer's address: **n/a**

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on **August 14, 2022**  
Date

**/s/ Matthew J Lightcap**  
**Matthew J Lightcap**  
Debtor

Matthew Lightcap (Aug 15, 2022 08:21 EDT)

*Amounts are subjected to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

# LightcapMatthewN_2830.PDF
Final Audit Report 2022-08-15

| | |
|---|---|
| Created: | 2022-08-14 |
| By: | Dawn Cutaia (DMCUTAIA@GMAIL.COM) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAq7I91K9zXcI1V0sXw2JnKZjkhCNVUwIn |

## "LightcapMatthewN_2830.PDF" History

- Document created by Dawn Cutaia (DMCUTAIA@GMAIL.COM)
  2022-08-14 - 9:05:03 PM GMT- IP address: 73.139.138.134

- Document emailed to mlightcap1035@gmail.com for signature
  2022-08-14 - 9:05:23 PM GMT

- Email viewed by mlightcap1035@gmail.com
  2022-08-15 - 12:08:56 PM GMT- IP address: 172.226.87.58

- Signer mlightcap1035@gmail.com entered name at signing as Matthew Lightcap
  2022-08-15 - 12:21:05 PM GMT- IP address: 75.89.44.207

- Document e-signed by Matthew Lightcap (mlightcap1035@gmail.com)
  Signature Date: 2022-08-15 - 12:21:06 PM GMT - Time Source: server- IP address: 75.89.44.207

- Agreement completed.
  2022-08-15 - 12:21:06 PM GMT

**Adobe Acrobat Sign**

Case 1:17-bk-02896-HWV    Doc 69    Filed 08/16/22    Entered 08/16/22 17:32:39    Desc
Main Document     Page 2 of 2